IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CASSLING DIAGNOSTIC IMAGING, INC., a Nebraska corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BIOIMAGENE, INC., A California corporation, and VENTANA MEDICAL SYSTEMS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 8:11cv46<br><br><br><br>**ORDER** |

Upon notice of settlement in a July 28, 2011 status report to the magistrate judge by William Rooney, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **August 29, 2011,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for October 27, 2011, is cancelled upon the representation that this case is settled.

Dated this 29th day of July 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge